# Court of Appeals
# of the State of Georgia

ATLANTA,__October 29, 2015_____

*The Court of Appeals hereby passes the following order:*

**A16A0234. ABDUL RASHID ISAAC v. THE STATE.**

In 2001, a jury convicted Abdul Isaac of armed robbery, kidnapping with bodily injury, and kidnapping. We affirmed his convictions and sentences on direct appeal. *Isaac v. State*, 275 Ga. App. 254 (620 SE2d 483) (2005). Isaac later filed an extraordinary motion for a new trial, which the trial court denied on August 27, 2015. Isaac then filed a notice of appeal to this Court. We lack jurisdiction.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Thus, Isaac is not entitled to a direct appeal from the order he challenges, and this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/29/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*